# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

131581 & (49)

LISA JAMES,
      Plaintiff-Appellee,

v

CHUCK E. CHEESE'S,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131581
COA: 265693
Wayne CC: 03-338747-NO

On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. The motion to stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

_____
Clerk

t0920